SEALED



FILED

JAN 12 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JESUS ARTEAGA NAVARRO<br>   aka EL GUERO | NO. 1:10 MC 00001 DLB<br><br>**UNDER SEAL**<br><br>ORDER SEALING THE COMPLAINT AND ORDER AUTHORIZING PROVISIONAL ARREST |

The United States of America has submitted a complaint and order authorizing the provisional arrest of the above-referenced subject pursuant to a request by the Mexican government under 18 U.S.C. § 3184,

IT IS HEREBY ORDERED that the complaint and order authorizing provisional arrest shall be filed under <u>seal</u> and shall not be disclosed pending further order of this Court.

Dated: 1/12/2010

_____
DENNIS L. BECK
United States Magistrate Judge