SEALED

FILED
JAN 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JESUS ARTEAGA NAVARRO<br>    aka EL GUERO | NO. 1:10 MC 00001 DLB<br><br>**UNDER SEAL**<br><br>ORDER AUTHORIZING PROVISIONAL ARREST PURSUANT TO 18 U.S.C. § 3184 |

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Ian L. Garriques, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that JESUS ARTEAGA NAVARRO, aka EL GUERO, should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of JESUS ARTEAGA NAVARRO, aka EL GUERO, be issued.  The Court ORDERS that the complaint, this order, and the arrest warrant be placed UNDER SEAL until his arrest or further order of this Court.

Dated: 1/12/2010

_____
DENNIS L. BECK
United States Magistrate Judge

1