FILED

JAN 25 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JESUS ARTEAGA NAVARRO<br>   aka EL GUERO | )  NO. 1:10-MC-00001 DLB<br>)<br>)  ORDER UNSEALING THE COMPLAINT AND<br>)  ORDER AUTHORIZING PROVISIONAL<br>)  ARREST<br>)<br>)<br>)<br>) |

The complaint and order in this case having been sealed by this Court on January 12, 2010, and it appearing that they no longer need to remain secret based on the subject's arrest,

IT IS HEREBY ORDERED that the complaint and order be unsealed and made public record.

DATED: 1/25/2010

_____
DENNIS L. BECK
United States Magistrate Judge